UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:

PROFESSIONAL SEARCH &
PLACEMENT, LLC d/b/a
COOL HAUS WORKS, LLC

EIN: 20-5928056

Debtor.

Case No. 11-11237-HRT

## FINAL DECREE

The estate of the above-named Debtor having been fully administered, it is

ORDERED

That the Chapter 11 case of the above-named Debtor is hereby closed.

Done and entered this 17th day of February, 2012 at Denver, Colorado.

Honorable Howard R. Tallman
United States Bankruptcy Judge